IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| JANE MEYER, <br><br> Plaintiff, <br><br> vs. <br><br> THE UNIVERSITY OF IOWA; BOARD OF REGENTS; STATE OF IOWA; GARY BARTA, individually and in his official capacity; KEVIN WARD, individually and in his official capacity; CARROLL REASONER, individually and in her official capacity; SALLY MASON, individually and in her official capacity; and BRUCE HARRELD, individually and in his official capacity, <br><br> Defendants. | Civil No. 3:16-cv-00112-RP-SBJ <br><br><br> **JOINT DISMISSAL WITH PREJUDICE** |

COMES NOW the Plaintiff, Jane Meyer, by and through her attorney, and hereby dismisses the above-named case with prejudice.  The parties have agreed that each party is responsible for bearing its own costs and attorney fees.

Dated: June 5, 2017

NEWKIRK ZWAGERMAN, P.L.C.

 */s/ Jill M. Zwagerman*
Jill M. Zwagerman  AT0000324
jzwagerman@newkirklaw.com
Thomas Newkirk AT0005791
tnewkirk@newkirklaw.com
Lori Bullock AT0012240
lbullock@newkirklaw.com
521 E. Locust Street, Suite 300
Des Moines, IA  50309
Telephone:  515-883-2000

Fax: 515-883-2004
ATTORNEYS FOR PLAINTIFFS

  */s/ George Carroll*
George A Carroll
Assistant Attorney General
Hoover Building, Second Floor
1305 East Walnut Street
Des Moines, Iowa 50319
PHONE: (515) 281-4931
FAX: (515) 281-7219
E-MAIL: george.carroll@iowa.gov

Maria Lukas
Deputy General Counsel
The University of Iowa
120 Jessup Hall
Iowa City, Iowa 52242
PHONE: 319-353-0097
E-MAIL: maria-lukas@uiowa.edu
ATTORNEYS FOR DEFENDANTS

Original Filed.

Copy to all legal parties via EDMS.